### KENT etc. agt. WAY etc.

William Kent & Richard Knight Attournies to Samuel Hawford plaint^s agt. the goods or Estate or money that did belong to the Estate of Andrew Sheppard late of Boston dece^d whither in the hands of Richard Way and John Jndicott Sureties to Martha Emery or wherever in an action of the case for not delivering one quarter

part of the Barque Thomas & Mary & her loading of logwood brought from the Bay of Campechy being 23 tons 19ᶜ: 2: 17: together with an accoᵗ & the produce of the sᵈ Barques Earnings for severall Voyages: Also for not delivering one third part of the produce of ten tons o: 1qʳ o. Logwood which was brought from the sᵈ Bay of Campechy by Nathanael Man and deliuʳᵈ to sᵈ Sheppard and by him Sold to mʳ Eᵐ Hutchinson at £. 9: 5: 0 per ton whereby sᵈ Hawford is damnified at least £.150. wᵗʰ other due damages &c. . . . The Jury . . . found for the plaint. one third part of the Logwood Ship't onboard the Katch Jndustry Nathanael Man maʳ and that the Defendᵗˢ shall within ten dayes give unto the plᵗˢ a just Accᵒ and the Effects of sᵈ Logwood or to pay Forty pounds money & costs of Court. Richard Way and John Jndicott appearing as Defendᵗˢ appealᵈ from this judgemᵗ unto the next Court of Assistants [ 522 ] and sᵈ Jndicott gave Security for prosecution of his appeale to Effect.

[ See Alford v. Endicott, above, p. 726. A few fragmentary documents on this case are in S. F. 162179. See Records of Court of Assistants, i. 122.]